**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LOUIS JERRY EDWARDS, M.D., on behalf of himself and his patients, ET AL. | * * * | |
| Plaintiffs | * * | |
| V. | * * | NO: 4:13CV00224 SWW |
| JOSEPH M. BECK, M.D., President of the Arkansas State Medical Board, and his successors in office, in their official capacities, ET AL. | * * * * * | |
| Defendants | * * * | |

## JUDGMENT

Consistent with the Memorandum Opinion and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, and the relief sought is GRANTED IN PART AND DENIED IN PART.  Defendants are enjoined from enforcing the following provisions of Arkansas Act 301 of the 2013 Regular Session of the 89th General Assembly of Arkansas, titled the Arkansas Human Heartbeat Protection Act:   (1) Ark. Code Ann. § 20-16-1304(a), which prohibits abortions where a fetal heartbeat is detected and the fetus has attained twelve weeks' gestation; (2) Ark. Code Ann. § 20-16-1304(b), which requires revocation of the medical license of a physician who performs an abortion in violation of Ark. Code Ann. § 20-16-1304(a); and (3) Ark. Code Ann. § 20-16-1303(d)(3), which requires that a physician inform the mother that an abortion is prohibited under Ark. Code Ann. § 20-16-1304(a).  All other portions of the Arkansas Human Heartbeat Protection Act remain in effect.

IT IS SO ORDERED THIS 14TH DAY OF MARCH, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE