## IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **LOUIS JERRY EDWARDS, M.D.,** on behalf of himself and his patients, et al., | **PLAINTIFFS** |
| vs.   Case No. 4:13-cv-00224-SWW | |
| **JOSEPH M. BECK, M.D.,** President of the Arkansas State Medical Board, and his successors in office, in their official capacities, et al., | **DEFENDANTS** |

### DEFENDANTS' MOTION FOR RELIEF FROM JUDGMENT OR ORDER UNDER RULE 60(B)(5)

Pursuant to Federal Rule of Civil Procedure 60(b)(5), and for the reasons stated in the accompanying Brief in Support, Defendants respectfully request that the Court vacate its Memorandum Opinion and Order (Doc. 57) and Judgment (Doc. 58); vacate its orders granting attorneys' fees and costs (Docs. 68 and 88); and order Plaintiffs and their counsel to return the $90,360 in attorneys' fees and $4193.45 in costs to Defendants.

Dated:  July 1, 2022

L<span>ESLIE</span> R<span>UTLEDGE</span>
  Arkansas Attorney General

D<span>YLAN</span> L. J<span>ACOBS</span> (2016167)
  Deputy Solicitor General
M<span>ICHAEL</span> A. C<span>ANTRELL</span> (2012287)
  Assistant Solicitor General
O<span>FFICE OF THE</span> A<span>RKANSAS</span>
  A<span>TTORNEY</span> G<span>ENERAL</span>
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
(501) 682-2591 (fax)
Dylan.Jacobs@arkansasag.gov

*Counsel for Defendants*